**LORI HARPER SUEK**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX:   (406) 657-6989
Email: Lori.Suek@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
SEP 21 2017
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff, <br><br>vs. <br><br>BRANDY JOY PRETTY ON TOP, <br><br>Defendant. | CR 17- 111 -BLG-SPW <br><br>INDICTMENT <br><br>CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count I) <br>Title 21 U.S.C. § 846 <br>(Penalty: Mandatory minimum five to forty years of imprisonment, $5,000,000 fine, and at least four years of supervised release) <br><br>POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count II) <br>Title 21 U.S.C. § 841(a)(1) <br>(Penalty: Mandatory minimum five to forty years of imprisonment, $5,000,000 fine, and at least four years of supervised release) |

1

|  | **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That beginning in or before 2016, and continuing through at least the date of the indictment, at Billings, and other locations in the State and District of Montana, and elsewhere, the defendant, BRANDY JOY PRETTY ON TOP, with others both known and unknown to the Grand Jury, knowingly and unlawfully conspired and agreed to distribute, and to possess with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That beginning in or before 2016, and continuing through at least the date of the indictment, at Billings, and other locations in the State and District of Montana, and elsewhere, the defendant, BRANDY JOY PRETTY ON TOP, knowingly possessed, with the intent to distribute, 50 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled

//

substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
LEIF M. JOHNSON
Acting United States Attorney

for: _____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ☒ _____
Bail: _____